# Third District Court of Appeal

## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1116
Lower Tribunal No. F96-5184
_____


**William Jordan,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

William Jordan, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

We affirm under the cases holding that a forty-year sentence is not the functional equivalent of a life sentence. Pedroza v. State, 291 So. 3d 541,

549 (Fla. 2020); <u>Moss v. State</u>, 305 So. 3d 730, 731 (Fla. 3d DCA 2020) (holding "a juvenile offender is only entitled to Eighth Amendment relief if he or she is serving a life sentence or the functional equivalent of a life sentence").

Affirmed.